UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy Waldor |
| v. | : | Crim. No. 12-7090 |
| JOHN GILMORE<br>a/k/a "John Boy" | :<br>: | UNSEALING ORDER |

This matter having come before the Court on the application of the United States of America (Jonathan W. Romankow, Assistant U.S. Attorney, appearing) for an order that the Complaint filed in the above-captioned matter be unsealed; and the Complaint having become unsealed by virtue of the arrest of the defendant; and for good cause shown,

IT IS ON this 1st day of March, 2012,

ORDERED that the Complaint filed in the above-captioned matter is unsealed.

_____
HONORABLE CATHY WALDOR
United States Magistrate Judge