AO 92
(Rev. 6/83)

# COMMITMENT

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOHN GILMORE | DOCKET NO.<br><br>MAG NO.<br>12-7090 |

The above named defendant was arrested upon the complaint of _____
charging a violation of _____ U.S.C. §

| DISTRICT OF OFFENSE | New Jersey | DATE OF OFFENSE |
|---|---|---|

**DESCRIPTION OF CHARGES:**

21: 841A

Distribution of CDS (Heroin)

**BOND IS FIXED AT $** Detained / Remanded to USM

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

7/19/12
Date

_[signature]_
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

AO 92