UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 14- 368 |
| | : 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| v. | : |
| JOHN GILMORE, a/k/a "John Boy" | : **INFORMATION** |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about November 30, 2011, in Hudson County, in the District of New Jersey and elsewhere, the defendant

JOHN GILMORE,
a/k/a "John Boy,"

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: _____

United States District Court
District of New Jersey

**UNITED STATES OF AMERICA**

v.

**JOHN GILMORE**
**a/k/a "John Boy"**

**INFORMATION FOR**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

PAUL J. FISHMAN
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

JONATHAN W. ROMANKOW
*ASSISTANT U.S. ATTORNEY*
*973-645-2884*

USA-48AD 8
(Ed. 1/97)