UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :     Criminal No. 14-368

    v.                             :     WAIVER OF INDICTMENT

JOHN GILMORE,                    :
    a/k/a "John Boy"
                                 :

I, JOHN GILMORE, a/k/a "John Boy," the above-named defendant, who is charged with one count of distribution of heroin in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on _June 26, 2014_, 2014 prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
JOHN GILMORE, a/k/a "John Boy"
Defendant

_____
LINDA FOSTER, ESQ.
Counsel for Defendant

Before: _____
HONORABLE ROBERT B. KUGLER
United States District Judge